Aimee R. Morris, SBN 141699
MORRIS LAW, PC
8400 Miramar Road, Suite 200-230A
San Diego, CA 921216
Tel: 619.991.0548
Fax: 858.207.6954
Email: armmorris@aol.com

Attorney for Defendant
MRS BPO, LLC (AKA MRS. ASSOCIATES)

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ANTONIO CORONA,<br><br>Plaintiff,<br><br>vs.<br><br>MRS BPO, LLC. (AKA MRS ASSOCIATES), and DOES 1-100,<br><br>Defendants. | CASE NO.: **'13CV1511 WQHRBB**<br><br>**NOTICE OF REMOVAL**<br><br>Hon.<br>Courtroom: |

**COMES NOW** Defendant MRS BPO, LLC ("MRS") and for Removal of the above-styled cause to this Court, Defendant MRS respectfully shows:

1. On or about May 17, 2013, an action was commenced against Defendant in the Superior Court of California County of San Diego, Central Division, entitled *Frank Antonio Corona v. MRS BPO, LLC. (AKA MRS*

---
1
NOTICE OF REMOVAL    Case No.

2. A copy of the Summons and Complaint therein were served on Defendant by mail received on June 1, 2013.

3. This Notice of Removal is being filed within 30 days of the date upon which Defendant received a copy of the Plaintiff's Complaint.

4. A true and accurate copy of the Complaint in this case is attached hereto as Exhibit 1.

5. Plaintiff's Complaint alleges Plaintiff is an adult residing in the County of San Diego, State of California.

6. Defendant MRS is a New Jersey limited liability company with its principal place of business in Cherry Hill, New Jersey.

7. The Complaint alleges the action is brought under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq* and the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq*. As such, this court has Federal Question jurisdiction over this action pursuant to 28 U.S.C. §1331.

8. This case is a civil action which may be removed to this Court by Defendant under the provisions of 28 USC §§1331 and 1441, in that Plaintiff alleges the controversy arises under 15 USC §1692, *et seq*. and 47 U.S.C. §227 *et seq*.

////

**WHEREFORE**, Defendant prays that the Court assume jurisdiction of this cause and proceed with it to completion, and to enter such orders and judgments as may be necessary to protect its jurisdiction or as justice may require.

Dated: June 30, 2013                              Respecfully submitted,

                                                  MORRIS LAW, PC


                                                  By: /s/ Aimee R. Morris
                                                      Aimee R. Morris
                                                      Attorney for Defendant
                                                      MRS BPO, LLC
                                                      E-mail: armmorris@aol.com