## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CORONA v. MRS BPO, LLC. et al          Case No. 13cv1511 WQH(RBB)

**Time Spent: 0 hrs. 5 min.**

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE         Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Jeffrey R. Menard | Cindy Salvo |

PROCEEDINGS: ___ In Chambers    ___ In Court    X Telephonic

A telephonic, attorneys-only case management conference was held.

A telephonic attorneys-only settlement disposition conference will be held on January 21, 2014, at 8:30 a.m. in the chambers of Magistrate Judge Brooks **UNLESS THE ORIGINAL SIGNED JOINT MOTION TO DISMISS THIS CASE IS E-FILED PRIOR TO THAT TIME AND A PROPOSED ORDER GRANTING THE JOINT MOTION IS E-MAILED TO THE ASSIGNED DISTRICT JUDGE**. If a signed Joint Motion cannot be e-filed before the date indicated above, counsel shall contact the chambers of Magistrate Judge Brooks at least one court day before the date indicated above to explain the reasons therefor. **If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by parties and counsel shall accompany the stipulation for dismissal. Consent forms are available in the Clerk's Office or on-line**. Monetary sanctions shall be imposed for failure to comply with this order.

In order to participate in the January 21, 2014 settlement conference, counsel for Defendant must be admitted pro hac vice in the Southern District of California pursuant to the Local Civil Rule 83.3(c)(4). In the alternative, Defendant may designate local counsel to appear at the conference. S.D. Civ. R. 83.3(c)(5).

Counsel for Plaintiff is to initiate the call.

DATE: December 3, 2013     IT IS SO ORDERED: *Ruben Brooks*

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Hayes                                INITIALS: VL (mg) Deputy
     All Parties of Record